IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re JAMES LEE HODO, ) ) ) Petitioner. ) ) _____ ) | No. C 10-4071 CRB (PR)<br><br>ORDER OF DISMISSAL |

On August 2, 2010, petitioner mailed a letter to the court seeking to challenge the state parole board's repeated denial to release him on parole.

On September 10, 2010, the clerk filed the letter as a new action and assigned it to the undersigned. The clerk also notified petitioner in writing at that time that the action was deficient because petitioner did not attach a petition or pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application. Petitioner was advised that failure to file the requested items within 30 days would result in dismissal of the action.

More than 40 days have elapsed; however, petitioner has not submitted the requested items or sought an extension of time to do so. The instant action is DISMISSED without prejudice.

SO ORDERED.

DATED: Oct. 25, 2010

_____
CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.10\Hodo, J1.dismiss.wpd